Gaston, Judge.
 

 The decision of this case depends entirely on the question, whether the instrument executed by Abner Branson and Susan B. Cox, immediately before their marriage, transferred the property in the slaves therein mentioned, to the plaintiff, the trustee. The Court is of opinion, that in law, the instrument could not have this operation. The parties thereto must be intended, indeed, to have deliberately assented to all therein declared; but the question presents itself, what is thereby declared ? Abner Branson does not profess to sell or transfer
 
 the slaves
 
 to the trustee, but only to sell and assign
 
 the right,
 
 which by operation of law he may
 
 thereafter acquire
 
 in them.
 
 This
 
 was not the subject of sale or assignment. The instrument can be construed as executory only, and binding Branson, after marriage, to make the assurance or assurances necessáry to carry his covenant into effect.
 

 Per Curiam. Judgment affirmed.